# JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| CLIFFORD ARBEE, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>TOTAL CARD, INC.,<br><br>        Defendant. | Case No. 20-CV-00305-SRB |

      **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 **X Decision by Court.**  This action came before the Court.  The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

Defendant Total Card, Inc.'s Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (Doc. #13) is GRANTED.


| | |
|---|---|
| September 8, 2020 | Paige Wymore-Wynn |
| Date | Clerk of Court |
| | |
| | /s/ Tracy L. Diefenbach |
| | (by) Deputy Clerk |